MARY SOMOGYE, as Administratrix of the Estate of STEPHEN SOMOGYE, Deceased, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant, et al., Defendants.

Argued January 25, 1946; decided March 7, 1946.

*Mark N. Turner, Oliver G. Browne* and *Paul Folger* for appellant.

*Edward B. Horning* and *William J. Brock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. THACHER, J., dissents upon the ground that there was no evidence that the railroad received any consideration for the use of the cars, and, therefore, the transaction must be treated as a gratuitious bailment, and so treated, there was no duty of inspection imposed by law upon the railroad. MEDALIE, J., deceased.